PAK MAIL CARMEL
200 NW 5th Ave
CARMEL BY THE SEA, CA 93921
831-626-8100

pment--------------------
FedEx 2Day A.M. Envelope
Ship To:
ATTN LYNN GOOD CEO
DUKE ENERGY
550 S Tryon St
CHARLOTTE, NC 28202
Package ID: 70068          68.83
Tracking #: ~~276964235635~~
Expected arrival: Mon 07/15 10:30 AM
pment--------------------
FedEx 2Day A.M. Envelope
Ship To:
ATTN MICHELLE SPAK ESQ
DUKE ENERGY - SERVICE
550 S Tryon St
CHARLOTTE, NC 28202
Package ID: 70069          68.83
Tracking #: ~~276964329584~~
Expected arrival: Mon 07/15 10:30 AM
ies      198 @ 0.08      15.84 TX

  SUBTOTAL               153.50
  TAX
  State Tax on 15.84       1.15
  County Tax on 15.84      0.32
  TOTAL                  154.97
D MasterCard             154.97

al shipments: 2
REY KIMNER
                      07/11/2024
006                   03:30 PM
kstation: 0 - Master Workstation

nature_____

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF NORTH CAROLINA**
401 W. Trade St.
Charlotte, NC 28202

FILED
CHARLOTTE, NC

JUL 18 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

Katherine Hord Simon
*Clerk*

Tammy H. Hightower
*Chief Deputy*

Telephone - (704) 350-7400
FAX - (704) 344-6703

April 24, 2024

In re:  **Audrey L. Kimner v. Duke Energy Corporation et al**
        Case No: **3:24-cv-00411-FDW-DCK**

Our office is in receipt of the above referenced civil action.

The matter has been assigned case number: **3:24-cv-00411-FDW-DCK** with Judge **Frank D. Whitney** presiding.

Enclosed you will find a courtesy copy of the docket sheet.

Please note: if you would like a stamped copy of any documents filed returned to you upon filing, you must include an extra copy when you mail your document. Copies are available at 50 cents per page, which must be paid for in advance.

Sincerely,

Katherine Hord Simon
Clerk of Court

Enclosure

PAK MAIL CARMEL
200 NW 5th Ave
CARMEL BY THE SEA, CA 93921
831-626-8100

Shipment--------------------
  FedEx 2Day A.M. Envelope
  Ship To:
    ATTN LYNN GOOD CEO
    DUKE ENERGY
    550 S Tryon St
    CHARLOTTE, NC 28202
  Package ID: 70068              68.83
  Tracking #: ~~276964235635~~
  Expected arrival: Mon 07/15 10:30 AM
Shipment--------------------
  FedEx 2Day A.M. Envelope
  Ship To:
    ATTN MICHELLE SPAK ESQ
    DUKE ENERGY - SERVICE
    550 S Tryon St
    CHARLOTTE, NC 28202
  Package ID: 70069              68.83
  Tracking #: ~~276964329584~~
  Expected arrival: Mon 07/15 10:30 AM
Copies       198 @ 0.08         15.84 TX

  SUBTOTAL                      153.50
  TAX
    State Tax on 15.84            1.15
    County Tax on 15.84           0.32
  TOTAL                         154.97
TEND MasterCard                 154.97

Total shipments: 2
AUDREY KIMNER

                          07/11/2024
#61006                    03:30 PM
Workstation: 0 - Master Workstation

Signature_____

---

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF NORTH CAROLINA**

401 W. Trade St.
Charlotte, NC 28202

Telephone - (704) 350-7400
FAX - (704) 344-6703

Katherine Hord Simon
*Clerk*

Tammy H. Hightower
*Chief Deputy*

April 24, 2024

In re: **Audrey L. Kimner v. Duke Energy Corporation et al**
Case No: **3:24-cv-00411-FDW-DCK**

Our office is in receipt of the above referenced civil action.

The matter has been assigned case number: **3:24-cv-00411-FDW-DCK** with Judge Frank D. Whitney presiding.

Enclosed you will find a courtesy copy of the docket sheet.

Please note: if you would like a stamped copy of any documents filed returned to you upon filing, you must include an extra copy when you mail your document. Copies are available at 50 cents per page, which must be paid for in advance.

Sincerely,

Katherine Hord Simon
Clerk of Court

Enclosure

PAK MAIL CARMEL
200 NW 5th Ave
CARMEL BY THE SEA, CA 93921
831-626-8100

ipment--------------------
FedEx 2Day A.M. Envelope
Ship To:
ATTN LYNN GOOD CEO
DUKE ENERGY
550 S Tryon St
CHARLOTTE, NC 28202
Package ID: 70068          68.83
Tracking #: 276964235635
Expected arrival: Mon 07/15 10:30 AM

ipment--------------------
FedEx 2Day A.M. Envelope
Ship To:
ATTN MICHELLE SPAK ESQ
DUKE ENERGY - SERVICE
550 S Tryon St
CHARLOTTE, NC 28202
Package ID: 70069          68.83
Tracking #: 276964329584
Expected arrival: Mon 07/15 10:30 AM
pies        198 @ 0.08    15.84 TX

 SUBTOTAL                 153.50
 TAX
 State Tax on 15.84        1.15
 County Tax on 15.84       0.32
 TOTAL                   154.97
ND MasterCard            154.97

tal shipments: 2
JDREY KIMNER
                       07/11/2024
51006                  03:30 PM
rkstation: 0 - Master Workstation

ignature_____

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF NORTH CAROLINA**
401 W. Trade St.
Charlotte, NC 28202

Katherine Hord Simon
*Clerk*

Tammy H. Hightower
*Chief Deputy*

Telephone - (704) 350-7400
FAX -      (704) 344-6703

April 24, 2024

In re:   **Audrey L. Kimner v. Duke Energy Corporation et al**
         Case No: **3:24-cv-00411-FDW-DCK**

Our office is in receipt of the above referenced civil action.

The matter has been assigned case number: **3:24-cv-00411-FDW-DCK** with Judge **Frank D. Whitney** presiding.

Enclosed you will find a courtesy copy of the docket sheet.

Please note: if you would like a stamped copy of any documents filed returned to you upon filing, you must include an extra copy when you mail your document. Copies are available at 50 cents per page, which must be paid for in advance.

Sincerely,

Katherine Hord Simon
Clerk of Court

Enclosure

PAK MAIL CARMEL
200 NW 5th Ave
CARMEL BY THE SEA, CA 93921
831-626-8100

Shipment--------------------
    FedEx 2Day A.M. Envelope
    Ship To:
        ATTN LYNN GOOD CEO
        DUKE ENERGY
        550 S Tryon St
        CHARLOTTE, NC 28202
    Package ID: 70068              68.83
    Tracking #: 276964235635
    Expected arrival: Mon 07/15 10:30 AM
Shipment--------------------
    FedEx 2Day A.M. Envelope
    Ship To:
        ATTN MICHELLE SPAK ESQ
        DUKE ENERGY - SERVICE
        550 S Tryon St
        CHARLOTTE, NC 28202
    Package ID: 70069              68.83
    Tracking #: 276964329584
    Expected arrival: Mon 07/15 10:30 AM
Copies         198 @ 0.08       15.84 TX

    SUBTOTAL                    153.50
    TAX
    State Tax on 15.84            1.15
    County Tax on 15.84           0.32
    TOTAL                       154.97
TEND MasterCard                 154.97

Total shipments: 2
AUDREY KIMNER

#61006                       07/11/2024
                             03:30 PM
Workstation: 0 - Master Workstation


Signature_____

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF NORTH CAROLINA**

401 W. Trade St.
Charlotte, NC 28202

Telephone - (704) 350-7400
FAX - (704) 344-6703

Katherine Hord Simon
*Clerk*

Tammy H. Hightower
*Chief Deputy*

April 24, 2024

In re: **Audrey L. Kimner v. Duke Energy Corporation et al**
       Case No: **3:24-cv-00411-FDW-DCK**

Our office is in receipt of the above referenced civil action.

The matter has been assigned case number: **3:24-cv-00411-FDW-DCK** with Judge Frank D. **Whitney** presiding.

Enclosed you will find a courtesy copy of the docket sheet.

Please note: if you would like a stamped copy of any documents filed returned to you upon filing, you must include an extra copy when you mail your document. Copies are available at 50 cents per page, which must be paid for in advance.

Sincerely,

Katherine Hord Simon
Clerk of Court

Enclosure