UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE



FILED
CHARLOTTE, NC

AUG 0 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

AUDREY L. KIMNER,
    Plaintiff,
v.
DUKE ENERGY CORPORATION, et. al.,
    Defendant's

Case No. 3:24-cv-00411-FDW-DCK

RE: Civil L.R. 3-15, No conflict by the plaintiff to date. ADA ACCESS CASE,

CMC.

Plaintiff needs schedule with dates per Proper Procedural Due Process.

---

    The plaintiff has served the defendant's and included the Order for CMC conference and ADR deadlines. There are no conflicts to date, as the plaintiff's case is under Diversity and Federal Question, and per Civil Rule L.R. 3-15, the plaintiff will proceed forward until further notice. The plaintiff has sent a copy of Notice Requesting Case Management Conference with ADA ACCESS CASES, including an unsigned copy of ADA Form, GO 56 to both of the defendant's in North Carolina in kind. Today's Date is August 03, 2024.

Please send a schedule for court and jury date per Proper Procedural Due Process.

Proof of Service has already been provided for the record to date.

Respectfully,

                                Audrey L. Kimner

                                */s/ Audrey L. Kimner*
                                P.O. Box 1493
                                Carmel, CA. 93921
                                audreykimner10@gmail.com
                                843-754-1543

*pg 1, See attached forms*