UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

AUG 22 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

AUDREY L. KIMNER
    Plaintiff,

v.

LYNN GOOD and DUKE ENERGY
CORPORATION

Case No. 3:24-CV-00411-FDW-DCK

REQUEST TO VACATE ORDERS and
RECUSE, VIOLATING OATHS W/ THREATS
AND INTIMIDATION TO PLAINTIFF WITH
AWARDED ASSETS STOLEN AND
PENDING. NO REMEDY, AND
CONSTITUTIONAL VIOLATIONS. 8/20/2024

District Court
401 West Trade Street
Room 1200
Charlotte, NC 28202
AO
℅ William S. Meyers and Laurina M. Spolidoro
One Columbus Circle, NE
Washington, D.C. 20544

---

    In response to the orders concerning this case, and the gross negligence in case numbers 3:24-cv-00411 **and 3:23-cv-00369 FDW-DCK**, the plaintiff requests that both judges in these two cases **recuse themselves, and VACATE ALL ORDERS**, as the orders are full of untruths. The plaintiff has ADA Rights under Title II and III, and this case involves fraud upon the courts with assets pending and stolen. Both judges failed to act, and the plaintiff has losses under gross negligence judicial capacity time frames. There was fraud, fraud court orders, and this order is full of intent to conceal and with threats and intimidation to the plaintiff. The plaintiff has the right to file suit, and should never be disrespected as an assault victim, and with threats and intimidation by federal judges for the plaintiff filing a warranted lawsuit concerning the plaintiffs AWARDED ASSETS at Duke Energy. NEGLECTING MY HEALTH AND DENTAL IS OUTRAGEOUS ABUSE!

    The plaintiff requests a **jury trial, and a hearing with omission of crucial evidence that is withheld from the defendant, the CEO and all staff lawyers.** The plaintiff requested in kind to return the stolen awarded assets that Duke Energy and now this court is using fraud upon the court orders with the wrong case number and is MOOT. The plaintiff proved that the order from Judge William Wylie was not lawful, and is indeed fraud and

1

fraud concerning a public official. The SC order is MOOT, unenforceable, and there was No
Due Process, and the plaintiff is NOT a respondent. That case and order was a breach of irrevocable binding arbitration. The plaintiff stated facts, and the plaintiff doesn't owe fees for fraud upon the courts when the plaintiff did not create this money laundering fraud. This is not a State matter, and the case satisfies Federal Question and Diversity while the plaintiff had the right to file a lawsuit. Refusing to allow a hearing, and with failure to offer remedy and redress while refusing to follow the laws warrants a recusal. These two judges no longer hold subject matter jurisdiction concerning these two cases.

The plaintiff was never given an order on the other case that there was **no remedy, and with No Proper Procedural Due Process. The clerk has violated her oath of office as well, and has not sent orders on time for a response, and the plaintiff was in surgery while there was no action under judicial capacity while causing losses for the plaintiff. The plaintiff is therefore allowed to file a Tort for federal employees failing to act with crucial issues pending. Now the plaintiff is still without her own awarded assets that by law must be returned.**

By victims rights laws under financial abuse, new legislation for coercive control of the plaintiffs awarded assets, and under the Hobbs Act, the assets must be returned. **The QDRO's were verified in 2017 per a COURT ORDER, and the Corporation has been sued recently by over 36,000 employees for the same mismanagement of 401k's by Duke Energy and their third parties. This fact alone shows the bias, discrimination, failure to act, and impropriety of these two judges who should recuse and VACATE these orders. The plaintiff requested for the federal judges to act, and now has the right to request a jury trial while the defendants and their unethical CEO refuse to offer crucial evidence in this case. Now the judges are trying to conceal these facts while refusing to subpoena this crucial evidence to make any proper judgment. The plaintiff can sue a CEO, and the CEO knew about these crimes while intentionally ignoring all, including her entire staff, along with this court. There is failure to offer up bank accounts, bank names, and names of their third party who unlawfully released the plaintiffs accounts, and failed to act when the accounts were pre approved a year prior to judge Wylie trying to steal the accounts. The retirement account is still sitting, as the plaintiff is forced to endure Undue Influence unlawfully by all involved in this case while 50% is owed to the plaintiff now. The plaintiff can sue anyone, including a CEO, and the CEO defendant knew about this and refused to comply to Federal and State Laws, especially the defendants counsel who placed false and misleading statements in court documents knowingly, as all colluded and Conspired together to obstruct the plaintiffs justice and monies that Duke Energy has been profiting off of unlawfully.** The orders in a closed family court case could not be overturned, nor can the lawyers in South Carolina take the plaintiffs assets in exchange for commerce. The orders are fraud upon the courts, and the judges have been passing around the farce and MOOT court orders while trying to steal multi-millions of dollars that belong to the plaintiff.

2

There is no argument, but the plaintiff requested the information by the defendants and by these two judges who failed to act for months, and now once again failed to offer Proper Procedural Due Process, as the clerk once again oversteps her bounds. Under ADA laws, the clerk can not work for a judge, or create orders for any judge in the plaintiff cases. The plaintiff has the right to file on anyone who deprived the plaintiff of her Constitutional rights, and no judge should be threatening the plaintiff for filing a proper lawsuit and who requests a jury trial. The fact that the order states that the plaintiff added too much information proves the judges have impropriety towards the Corporation, CEO, and are trying to conceal federal crimes, as both judges did not turn this enormous fraud over to any authority by law. Concealment is a federal crime, and this obstructs the plaintiffs Constitutional Rights, which the AO states the plaintiff is allowed to file suit on anyone who violates the plaintiffs Constitutional Rights. Failure to act with losses for non action does indeed fall under the FTCA Tort laws when Federal employees fail to act that caused damages. The plaintiff wants these stolen assets returned, and these two judges to recuse and send this case to another honorable judge. The plaintiff has the right to remedy per fundamental rights as a U.S. citizen and should never be threatened by any judge, and these judges are clearly biased. If employees are coming forward and being paid punitive damages, this is clear DISCRIMINATION, and the AO is clearly aware of all of these crimes, as they too invaded the plaintiffs privacy recently. Also, suing for illegals and taking the plaintiffs court time while committing extrinsic fraud. The orders are full of untruths in this court, and the accounts are sitting there at Duke in the NC proper jurisdiction while all take full advantage of a vulnerable adult and abuse their power and process of the federal courts. This is indeed the proper jurisdiction, and there has been no remedy or redress while the Bylaws at Duke Energy and third parties do not trump STATE AND FEDERAL LAWS. Please VACATE and set a jury trial with another judge.

Refusing to do so is a violation of the plaintiffs Seventh Amendment Rights, and refusing to allow the plaintiff to be heard in the proper jurisdiction involving fraud court orders, and orders full of malicious intent to be cruel. The clerk failed to act in a timely manner to allow the plaintiff time to respond several times, which is intent to obstruct justice, and the Defendants knew about all of these crimes and tried to conceal it. Duke Energy Corporation, and Lynn Good is not above our laws or Constitution, and this case should have been taken seriously by all, especially these two judges while under oath and canons of ethics. See attached two pages of the blood and the plaintiffs dental gross negligence by all involved. Disgusting and Cruel!

Respectfully,	Audrey L. Kimner, plaintiff

*Audrey L. Kimner, plaintiff*

P.O. Box 1493
Carmel, CA, 93921
audreykimner10@gmail.com, 843-754-1543

The plaintiff will cc all involved and the proper authorities with the AO in D.C. who stated in writing that the plaintiff is allowed to sue anyone who violated the plaintiffs Constitutional rights. The Tort applies under the law and Tort laws for failure to act, and this includes this unethical clerk, Katherin Hord Simon. Also, there is hacking into the plaintiffs phone and this court refused to take the block off between the plaintiff and Western District Court in Charlotte. Unacceptable! Stating that the plaintiff added too much information is also outrageous!