UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
JUL 17 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

AUDREY L. KIMNER,
    Plaintiff,
v.
DUKE ENERGY CORPORATION, LYNN GOOD, CEO;
AUDREY L. KIMNER
    Plaintiff,
v
DUKE ENERGY

Case No. 3:24-CV-00411-FDW-DCK

Case No. 3:23-CV-00369-FDW-DCK

Response to erroneous statements in Court ORDERS, untruth, paid in full fees, FRAUD UPON THE COURTS, FRAUD ORDERS WITH THE WRONG CASE NUMBER, and NO DUE PROCESS. JUDGE WHITNEY IS RETIRED AND ANSWERING ORDERS UNDER COLOR OF LAW, AND VIOLATING THE PLAINTIFFS CONSTITITIONAL RIGHTS AND ADA RIGHTS KNOWINGLY, INCLUDING CLERK.

---

    The plaintiff received two orders that are full of false information today concerning these two cases. **The plaintiff did answer all orders, but the clerk intetentionally only sent five days to respond by regular mail across the entire United States, including while the plaintiff was having surgery. Under the laws, this is unlawful and judicial malfeasants, and both of the judges and clerks intentionally refused all hearings to conceal federal crimes and aid and abetted Duke Energy, Lynn Good and Judge William Wylie of South Carolina who used a fraud and false court order to steal the plaintiffs AWARDED ASSETS. This was BIASED and THE JUDGE WHITNEY WHO IS CREATING THESE ORDERS IS NOW RETIRED, and self admitting to WIPING THE RECORD TO COVER HIS TRACKS WHILE HE IS AN ACCESSORY AFTER THE FACT, along with all Duke Energy employees who knew about this wire and bank fraud.**

    **The plaintiff PAID THE FEES IN FULL, and by law the plaintiff does NOT PAY FOR FRAUD UPON THE COURT THAT INCLUDED PUBLIC OFFICIALS COMMITTING FRAUD UPON COURTS.** The orders are full of untruths, and the defendants do not have absolute immunity, nor is the Corporation or CEO allowed to use UNLAWFUL BYLAWS to steal and withhold the plaintiffs awarded assets.

The plaintiff served twice, and all are now accessories to these crimes, and the planitff paid the fees and responded with numerous motions. The judges both had A DUTY TO SET UP A HEARING, AND JURY TRIAL, which they both chose to ignore, including the defendants. Aiding and abetting all crimes, and also working under the law while stating that the plaintiff, Audrey L. Kimner, ' said too much'. All concealing crimes and after the fact knowingly while stating they have immunity when all do not. There is no immunity with federal and state crimes with intentional malice, and now working under the color of law AGAIN UNDER RETIREMENT.

The plaintiff request that both cases be heard, and rolling both together to throw out is outragous and fraud. The plaintiff has the right to REMEDY and a letter to sue from the AO in Washington, DC. The plaintiff is sending a copy to the AO, and the clerk overstepped her bounds of violating the plantiff ADA Rights and working for the judge, which is unlawful and Unconstitutional. The judge clearly retired with dates of November 22, 2024, and is now working to conceal his own fraud and FAILURE TO ACT. This is outragous!

See that both judges are removed and the cases are reopened with a hearing set per the plaintiffs Constitutional rights and Due Process with assets pending, stolen and withheld against Federal laws. By law, all assets must be returned. The plaintiff is turning the lawyers, judges and all accessories into the authorities, including the clerk who is NOT the plaintiffs lawyer of record.

The fees were paid in full for both cases, and served numerous times with false and misleading statements returned by the lawyers at Duke Energy, and Rule 4.1 applies. These are felonies, which was concealed and automatic disbarment and concealment. The Corporation is not above the law, nor is the CEO, and the No judge has immunity in this case. This is financial abuse and the assets must be returned. Disgraceful bad behavior on all judges involved. This is so egregious, that is a clear TORT case and damages are owed to the plaintiff for both cases. The plaintiff should be rembursed for all mailing, stolen fees that were paid in full on both cases, along with ten percent added for each year by law with this CIVIL WRONG. Today's date is July 14, 2025.

CC; Lawyers of the Defendant, DOJ and the authorities and BAR.

*Audrey L. Kimner*
P.O. Box 1493
Carmel, CA. 93921
843-954-1543
audreykimner10@gmail.com